

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE　　　　　　　　　　　　　　　　　JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

March 5, 2015 *12*

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:　　Court of Appeals Number:　03-09-00641-CV
　　　　Trial Court Case Number:　D-1-GN-06-001375

Style:　North East Independent School District
　　　　v. John Kelley, Commission of Education Robert Scott, and Texas Education Agency

Dear Honorable Velva L. Price:

　　　　The Third Court of Appeals has issued the mandate in this cause. Therefore, I am returning the following original exhibits:

　　　　Joint Exhibit 1 containing 4 volumes (administrative record).

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　Jeffrey D. Kyle, Clerk

**Filed in The District Court
of Travis County, Texas**

**MAR 1 2 2015**

At_____M.
Velva L. Price, District Clerk